

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-16-00755-CV

**IN THE ESTATE OF AMINITA PEREZ-MUZZA, DECEASED**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2007PB7000089 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Irene Rios, Justice

On February 8, 2018, Appellant filed a Suggestion of Mootness, in which he requested this court vacate the probate court's order granting summary judgment and render judgment dismissing Appellee's case on the ground of mootness. Upon consideration of Appellant's argument, Appellant's request is **DENIED**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court